IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 11-cv-01481-WYD-CBS      FTR - Reporter Deck - Courtroom A402
Date: November 8, 2011      Courtroom Deputy: Emily Seamon

| *Parties:* | *Counsel:* |
|---|---|
| PHYLLIS BAYUK, and<br>JACK BAYUK, | Erik Walker |
|     Plaintiffs, | |
| v. | |
| WYETH LLC,<br>WYETH, and its divisions,<br>WYETH PHARMACEUTICALS, INC.,<br>ESI LEDERLE,<br>PFIZER, INC.,<br>PHARMACIA AND UPJOHN COMPANY<br>LLC,<br>PHARMACIA AND UPJOHN LLC,<br>PHARMACIA CORPORATION, and<br>GREENSTONE, LTD., | Andrew Myers<br>Michele Choe |
|     Defendants. | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:       10:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Joint Motion for Order Compelling the Release and Production of Original Radiological Imaging Films from St. Mary-Corwin Hospital and/or St. Mary-Corwin Medical Center [Doc. No. 36], 26(b)(1), the authority to enter an order to compel as to a non-party, records from the hospital, and serving a subpoena.

**ORDERED:**  Joint Motion for Order Compelling the Release and Production of Original

Radiological Imaging Films from St. Mary-Corwin Hospital and/or St. Mary-Corwin Medical Center [Doc. No. 36] is DENIED WITHOUT PREJUDICE.

Discussion between the Court and counsel regarding Plaintiff's Unopposed Motion for Enlargement of Time [Doc. No. 34].

**ORDERED:**  Plaintiff's Unopposed Motion for Enlargement of Time [Doc. No. 34] is GRANTED.  The Court extends the expert disclosure deadline for the limited purpose of allowing Defendants to produce a pathology expert report to on or before **November 14, 2011**.  The deadline is also extended to permit Defendants to designate a rebuttal expert on or before **December 14, 2011**.  All other deadlines will remain in place.

Hearing Concluded.

**Court in recess:**     **10:13 a.m.**
Total time in court:     00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.