IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-01481-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: November 8, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                                *Counsel:*

PHYLLIS BAYUK, and                                            Erik Walker
JACK BAYUK,

     Plaintiffs,

v.

WYETH LLC,                                                             Andrew Myers
WYETH, and its divisions,                                         Michele Choe
WYETH PHARMACEUTICALS, INC.,
ESI LEDERLE,
PFIZER, INC.,
PHARMACIA AND UPJOHN COMPANY
LLC,
PHARMACIA AND UPJOHN LLC,
PHARMACIA CORPORATION, and
GREENSTONE, LTD.,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      10:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Joint Motion for Order Compelling the Release and Production of Original Radiological Imaging Films from St. Mary-Corwin Hospital and/or St. Mary-Corwin Medical Center [Doc. No. 36], 26(b)(1), the authority to enter an order to compel as to a non-party, records from the hospital, and serving a subpoena.

**ORDERED:**  Joint Motion for Order Compelling the Release and Production of Original

        Radiological Imaging Films from St. Mary-Corwin Hospital and/or St. Mary-Corwin Medical Center [Doc. No. 36] is DENIED WITHOUT PREJUDICE.

Discussion between the Court and counsel regarding Plaintiff's Unopposed Motion for Enlargement of Time [Doc. No. 34].

**ORDERED:**  Plaintiff's Unopposed Motion for Enlargement of Time [Doc. No. 34] is GRANTED. The Court extends the expert disclosure deadline for the limited purpose of allowing Defendants to produce a pathology expert report to on or before **November 14, 2011**. The deadline is also extended to permit Defendants to designate a rebuttal expert on or before **December 14, 2011**. All other deadlines will remain in place.

Hearing Concluded.

**Court in recess:**    **10:13 a.m.**
Total time in court:    00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.