IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01481-WYD-CBS

PHYLLIS BAYUK and JACK BAYUK,

    Plaintiffs,

v.

WYETH LLC, WYETH and its divisions,
WYETH PHARMACEUTICALS, INC. and
ESI LEDERLE, PFIZER, INC., PHARMACIA
and UPJOHN COMPANY, LLC, PHARMACIA
and UPJOHN LLC, PHARMACIA CORPORATION,
GREENSTONE, LTD.,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On January 31, 2012, Defendants filed several motions to exclude expert testimony (ECF Nos. 47, 49 and 50).   It is my preference that these types of evidence-driven motions be filed not more than 75-90 days prior to the Final Trial Preparation Conference.   After the Magistrate Judge enters the Final Pretrial Order, I will schedule both the Final Trial Preparation Conference and jury trial in this matter. According, these motions (ECF Nos. 47, 49 and 50) are **DENIED WITHOUT PREJUDICE** for leave to refile not more than 75-90 days prior to the Final Trial Preparation Conference.

    Dated: February 1, 2012.