IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01481-WYD-CBS

PHYLLIS BAYUK and JACK BAYUK,

    Plaintiffs,

v.

WYETH LLC, WYETH and its divisions,
WYETH PHARMACEUTICALS, INC. and
ESI LEDERLE, PFIZER, INC., PHARMACIA
and UPJOHN COMPANY, LLC, PHARMACIA
and UPJOHN LLC, PHARMACIA CORPORATION,
GREENSTONE, LTD.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to File a Late Response to Defendant's Motion for Partial Summary Judgment (ECF No. 55) is **STRICKEN for failure to comply with D.C.COLO.LCivR 7.1.A**.

    Dated: February 28, 2012.