IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01481-WYD-CBS

PHYLLIS BAYUK and JACK BAYUK,

      Plaintiffs,

v.

WYETH LLC, WYETH and its divisions,
WYETH PHARMACEUTICALS, INC. and
ESI LEDERLE, PFIZER, INC., PHARMACIA
and UPJOHN COMPANY, LLC, PHARMACIA
and UPJOHN LLC, PHARMACIA CORPORATION,
GREENSTONE, LTD.,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiffs' Amended Motion for Leave to File a Late Response to Defendants' Motion for Partial Summary Judgment (ECF No. 58) is **GRANTED.**  The late response is accepted for filing.  However, the Court is dubious as to the validity of the proffered excuse for the late filing.  On January 31, 2012, the Court received notification of the filing of the summary judgment motion, as the docket clearly reflects.  Plaintiffs are on notice that leave will not be granted for any future late filings due to alleged "ECF glitches."

      Dated: February 29, 2012.