IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01481-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 6, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                          *Counsel:*

PHYLLIS BAYUK, *et al*.,                              Erik Brett Walker
                                                                    David Scott Woodruff

      Plaintiffs,

v.

WYETH LLC, *et al*.,                                    Andrew Howell Myers
                                                                    Michele On-Ja Choe
      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in Session:      10:02 a.m.**
Court calls case.  Appearances of counsel.

Counsel review the proposed final pretrial order with the court.

Discussion regarding witnesses and how many each side plans to have testify at trial, subpoenas, depositions, any motions that may be filed by the parties and how they relate to the pending motion for partial summary judgment, depositions, what the Final Pretrial Order is used for, the process for requesting to supplement or revise the Final Pretrial Order, and the parties requesting a three (3) week trial.

Off the record discussion regarding possible settlement.

**Court in Recess:      10:15 a.m.**
**Court in Session:      10:22 a.m.**

Discussion regarding catch all descriptions in the exhibit lists and the amount of exhibits the parties plan to use at trial.

The court informs the parties that this Final Pretrial Order will not be signed. The parties discuss how much time they need to get a new proposed Final Pretrial Order filed with the court.

**ORDERED:** The parties shall file a new proposed Final Pretrial Order **no later than March 20, 2012 by 5:00 p.m.** Upon receipt and review of this new Final Pretrial Order, the court will enter the order if there are no further issues. If the court finds any issues with the new proposed Final Pretrial Order, a hearing will be set to address those issues. The parties will be allowed to appear by telephone unless otherwise stated by the court. *If a telephonic hearing is set, counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.*

The discussion regarding the plaintiff's MOTION for Leave to Amend Complaint to Plead Entitlement to Punitive Damages or the in the alternative Plaintiffs' Submission re: Punitive Damages (Docket No. 52, filed on 2/21/2012), Rules 15 and Rule 56 as they relate to this motion, what took place with this case while it was under Texas jurisdiction prior to transferring to Colorado, Rule 12(b)(6) as it relates to this motion, and challenging this motion under Rule 11.

**ORDERED:** The court **GRANTS** plaintiff's MOTION for Leave to Amend Complaint to Plead Entitlement to Punitive Damages or the in the alternative Plaintiffs' Submission re: Punitive Damages (Docket No. 52, filed on 2/21/2012). The plaintiff shall file an amended complaint. The court advises counsel for the defendants that if they plan to file a motion under Rule 56 they must do so **no later than March 20, 2012 by 5:00 p.m.**

The court advises the plaintiff that the granting of this motion does not, in any way, indicate an opinion on the merits.

Discussion regarding a possible time line for moving this case forward to trial, the currently pending motions, motions either side may still filed and possible trial dates.

HEARING CONCLUDED.

**Court in recess:** 11:11 a.m.
Total time in court: 01:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.