IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01481-WYD-CBS

PHYLLIS BAYUK and
JACK BAYUK,

    Plaintiffs,

v.

WYETH LLC, WYETH and its divisions;
WYETH PHARMACEUTICALS, INC. and
ESI LEDERLE, PFIZER, INC.
PHARMACIA and UPJOHN COMPANY,
LLC, PHARMACIA and UPJOHN LLC,
PHARMACIA CORPORATION,
GREENSTONE, LTD.,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Joint Motion for Extension of Time to Conduct Status Conference and Submit Status Conference Report (ECF No. 73) is **GRANTED.**   Accordingly, the July 18, 2012 deadline to submit a status report is **VACATED**.   The July 25, 2012 status conference is also **VACATED.**   Additionally, the Motion for Partial Summary Judgment (ECF No. 48) is **DENIED WITHOUT PREJUDICE** with leave to refile at a future time, if necessary. Finally, the parties are ordered to file a joint status report with the Court not later than **Monday, December 3, 2012**.

    Dated:   May 11, 2012.