IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01481-WYD-CBS

PHYLLIS BAYUK and
JACK BAYUK,

    Plaintiffs,

v.

WYETH LLC, WYETH and its divisions;
WYETH PHARMACEUTICALS, INC. and
ESI LEDERLE, PFIZER, INC.,
PHARMACIA and UPJOHN COMPANY,
LLC, PHARMACIA and UPJOHN LLC,
PHARMACIA CORPORATION,
GREENSTONE, LTD.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal with Prejudice Pursuant to Rule 41 filed January 8, 2013.  After a careful review of the motion and the file, I conclude that the motion should be granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, it is

ORDERED that the Joint Motion for Dismissal with Prejudice Pursuant to Rule 41 (ECF No. 81) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear his, her or its own costs and attorneys' fees.

Dated:  January 11, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge